# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL NO. 1:05CV312
(1:01CR52)

| | | |
|---|---|---|
| **ROBERT LIONEL SISK,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255, filed October 13, 2005, and upon referral from the District Court.

After review of the Motion, the Court finds that the United States should file a response to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the United States shall file an answer to Petitioner's Motion to Vacate on or before sixty (60) days from entry of this Order.

Signed: July 26, 2007

Dennis L. Howell
United States Magistrate Judge