# United States District Court
## For The Western District of North Carolina
## Asheville Division

ROBERT LIONEL SISK,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:05-cv-00312

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2009 Order.

October 23, 2009

FRANK G. JOHNS, CLERK

BY: S/Phyllis Freeman
Phyllis Freeman, Deputy Clerk